

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARGARITA GAETA, as guardian ad litem for A.G., a minor child and AUGUSTINE GAETA, <br><br>       Plaintiffs - Appellants, <br><br>   v. <br><br> PERRIGO PHARMACEUTICALS COMPANY and BASF CORPORATION, <br><br>       Defendants - Appellees. | No. 09-15001 <br><br> D.C. No. 5:05-cv-04115-JW <br> Northern District of California, San Jose <br><br><br> ORDER |

On Remand From The United States Supreme Court

Before:  FERNANDEZ and SILVERMAN, Circuit Judges.

The Supreme Court having vacated our prior opinion for further consideration in light of *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567 (2011), *see L. Perrigo Co. v. Gaeta*, 132 S. Ct. 497 (2011), we now AFFIRM the district court's grant of summary judgment in favor of Perrigo Pharmaceuticals Company.